164 So. 908

**Ex parte H. S. BOHANNON et al.**

**6 Div. 840.**

Supreme Court of Alabama.
Nov. 1, 1935.

W. Marvin Scott, of Cullman, for petitioners.

PER CURIAM.
Rule nisi denied.

164 So. 909

**Cecil BROOKS v. STATE.**

**I Div. 845.**

Supreme Court of Alabama.
Nov. 21, 1935.

BROWN, Justice.

This appeal is on the record without a bill of exceptions. The record and proceedings of the trial court appear in all things regular and therefore free from error.

Affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

165 So. 911

**W. F. CARSON v. Ida Carson RAINS, Adm'x.**

**7 Div. 355.**

Supreme Court of Alabama.
Jan. 16, 1936.

PER CURIAM.
Affirmed for want of assignment of errors.

163 So. 903

**CITY OF DOTHAN v. NATIONAL SURETY CO.**

**3 Div. 140.**

Supreme Court of Alabama.
Oct. 10, 1935.

PER CURIAM.
Appeal dismissed by appellant.

163 So. 903

**Charles COUNCIL v. STATE.**

**4 Div. 819.**

Supreme Court of Alabama.
Nov. 7, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.